Argued: May 25, affirmed May 25, 1973

STATE OF OREGON, *Respondent, v.* GERALD
BRUCE COOLEY (No. 28913), *Appellant.*

510 P2d 357

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORN-
TON, Judges.